JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLIE JONES, | NO. CV 08-825-JFW (CW) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| MATTHEWS KRAMER (Warden), | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: June 27, 2011

_____
JOHN F. WALTER
United States District Judge